UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JASON LEE CALBAUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:13-CV-151-TAV-HBG |
| | ) | |
| CAROLYN COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

This matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on September 25, 2013 [Doc. 18]. In the R&R, Magistrate Judge Guyton recommended that defendant's Motion for Summary Judgment [Doc. 15] be granted, and that plaintiff's Motion for Judgment on the Administrative Record [Doc. 14] be denied. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, defendant's Motion for Summary Judgment [Doc. 15] is **GRANTED**. Plaintiff's Motion for Judgment on the Administrative Record [Doc. 14] is

**DENIED**.  The Commissioner's decision in this case is hereby **AFFIRMED**, and this case is **DISMISSED.**

IT IS SO ORDERED.

s/ Thomas A. Varlan  
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ Debra C. Poplin  
    CLERK OF COURT